UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MUNJE BETTY FOH )
1545 N FAULKLAND LN APT 224 )
SILVER SPRING, MD 20910 )
                                                    )
            Plaintiff,                              ) Civ. Action No. 14 cv 928
      v.                                            )
                                                    )
MARGARET M. CHASE, MICHAEL C. TALIERCIO )
ROSSABI BLACK SLAUGHTER PA )
ATTORNEYS AT LAW, OAKBROOKE )
PROPERTY OWNERS ASSOCIATION, INC. )
                                                    )
            Defendants,                             )

## PLAINTIFF'S RESPONSE TO DEFENDANT OAKBROOKE'S MOTION TO STRIKE

COMES NOW Plaintiff, Munje Foh ("Foh"), *Pro Se*, and responds to the Defendant's Motion to Strike Amended Complaint, and asks that it be denied in accordance with Rules 5 and 6 of the Federal Rules of Civil Procedure and Rule 5 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina for the reasons set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Munje B. Foh

| | |
|---|---|
| MUNJE BETTY FOH<br>1545 N FAULKLAND LN APT 224<br>SILVER SPRING, MD 20910<br><br>Plaintiff,<br>v.<br><br>MARGARET M. CHASE, MICHAEL C. TALIERCIO<br>ROSSABI BLACK SLAUGHTER PA<br>ATTORNEYS AT LAW, OAKBROOKE<br>PROPERTY OWNERS ASSOCIATION, INC.<br><br>Defendants, | )<br>)<br>)<br>) **Certificate of Service**<br>) Civ. Action No. 14cv928<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, **Munje Foh**, Petitioner **pro se**, certify that on the the 27th day of June, 2015 a copy of the preceding Response to Defendant's Motion to Strike Amended Complaint was served upon counsel for the opposing party by depositing a copy of same in the United States certified mail with prepaid, first-class postage, return receipt requested and addressed as follows:

Jennifer Reutter & Emily Meister
Rossabi Black Slaughter, PA
Attorneys at Law
PO Box 41027
Greensboro, NC 27404-1027

Camilla DeBoard & Kenneth B. Rotenstreich
Teague, Rotenstreich, Stanaland, Fox & Holt, P.L.L.C.
P.O. Box 1898
Greensboro, N.C. 27402-1898

This the 27th day of June, 2015

BY: _/s/ Munje B. Foh_
Munje B. Foh
1545 N. Faulkner Ln. Apt 224
Silver Spring MD 20910
Phone: 704-574-4241
Email: munjebfoh@gmail.com